# Exhibit K

to be sure that they have something to say about who comes trampling over them.

Mr. Speaker, the reasons which compel so many Mexican nationals to come into this country illegally create another danger and a burden peculiar to the border areas. The "braceros" do not come down the highway in cars and busses, and seldom do they come in trucks. They slip across, taking refuge in the brush of the large ranches along the border.

As hungry, hunted men in a strange land they constitute a distinct menace to the property and stock of these ranchers. Either the rancher must provide for them to be rounded up and fed, or they will help themselves, slaughtering his cattle, using what they want. It is not a matter of harboring them, but of the landowners protecting themselves. As any experienced border patrolman will verify, this practical, realistic approach to the problem simplifies their task of rounding up the illegal entrants. It saves thousands of dollars, both to the Government and to the people along the border.

And is this a cruel and unnatural attitude? Whose responsibility is it to protect the borders of a country from illegal entry? What precaution does the Mexican Government take to keep its nationals from crossing the border illegally? Does it warn them of the consequences? Does it set up road blocks to keep thousands of its citizens from the interior from moving northward? Does it carry on any type of educational program to insist that immigrants cross legally? I am afraid that instead it confines itself to demanding prohibitive and unrealistic stipulations in its agreements with this country on the employment of Mexican nationals by our farmers and ranchers.

And our own Government, what steps have we taken other than running the victims down and herding them into court and back across the river? Have we actually and intelligently attempted to face the problem realistically? I am afraid we have not. We have spent billions in Europe and yet we have taken only a casual interest in the difficulties of our southern neighbors. The two governments have failed completely in solving the problem of the wetback.

Mr. Speaker, it may seem strange to some of you who are not plagued with the problem we are now considering that we raise so many questions when on the face of it, the bill appears to be simple. The bill is simple, but the forces that come to bear in the negotiation of contracts between this country and Mexico are not simple. The Secretary of Labor has shown little understanding of our problem and we cannot be proud of the help we have had from the Department of Agriculture and the Department of State. Realizing this, you may have a better understanding of our fear of any legislation which threatens our people and our institutions. We think that we are good Americans and, in fact, there are no better, and yet we have been given little voice in the determination of issues which so vitally affect us.

The farmer and the rancher in the southwestern part of the United States, during the harvest season particularly, must have seasonal labor. In the past the agreements between our Government and Mexico have not been practical agreements; they have not brought over a legal type of Mexican labor. The agreements are impractical; the matter of soliciting for the employees has been impractical; the method of dealing with them and taking them back, and feeding them, and housing them, and paying them, has all been impractical.

Let me emphasize, Mr. Speaker, that the people of my country do not want cheap or illegal labor; but so long as there is a vacuum which is created by a need for seasonal workers, so long as so many of the people of Mexico are hungry and without jobs, and so long as we view this problem as purely one of closing up the border, then you are not going to approach it with enough understanding to solve it.

Mr. FISHER. Mr. Speaker, will the gentleman yield?

Mr. LYLE. I yield.

Mr. FISHER. As a matter of fact, the real answer to the whole problem of the so-called wetback situation is a workable international agreement to enable those people who want to work to go where they are needed on this side where there is a shortage of labor; let them cross legally and be processed.

Mr. LYLE. It is just as simple as that.

Mr. FISHER. That would eliminate this wetback evil. Is that correct?

Mr. LYLE. Unquestionably.

I want to again impress upon you that we do not want cheap, illegal labor in the Southwest. We are able to pay the going wage for any farm work or ranch hand, worthy of the pay; but the fact that you pass a bill and make it a felony for somebody to transport somebody else across the border, the fact that you give the immigration people the right to go upon all of the lands and search the cars and trucks and vehicles—which so far as I know they have been doing for years—is not going to solve the problem.

Let me impress upon you that the jails in the Southwest are full. You cannot pass enough laws to fill up any more of them because they are full already. There is no problem catching them; that is not the problem.

Mr. CELLER. Mr. Speaker, will the gentleman yield?

Mr. LYLE. I yield.

Mr. CELLER. I would like to call the gentleman's attention to the provisions on page 3 of the bill to the effect that the employing of a Mexican if he is here legally shall not be deemed any wrong whatsoever.

Mr. LYLE. I am familiar with that and I am very pleased it is in there, because the gentleman understands the practical problems along the Southwest that dictated that proviso. I am discussing the fundamental reasons which cause these Mexican nationals to come here, and the lack of realism and foresight on our own part.

Mr. ELLSWORTH. Mr. Speaker, will the gentleman yield?

Mr. LYLE. I yield to the gentleman from Oregon.

Mr. ELLSWORTH. I wish the gentleman would clarify my mind on one point. I am under the impression that legislation we adopted last year, which provided a method and a means of bringing these people over and employing them particularly on farms, does provide that they have to come into the United States and work on a legal basis.

It is my impression this legislation is merely the second step to do everything we can in cooperation with the Mexican Government to keep illegal entries down to the minimum point. Is that somewhere near a correct statement of the situation?

Mr. LYLE. A correct statement is this: I may say to the gentleman from Oregon that we did pass a bill last year and the two governments did enter into a contract which, from the information I have available, was not a very practical method of acquiring labor. But that has expired. And the President of the United States and the Mexican Government, so I am told by newspaper clippings, have said that unless we pass this bill or one very similar to it, certainly one that meets their full approval, there will be no further negotiations, there will be no further agreements whereby we may have the legal labor.

Mr. ELLSWORTH. In other words, the bill we passed last year will not be any longer in force since this agreement has expired?

Mr. LYLE. Yes.

Mr. ELLSWORTH. So that there is no provision at the moment for Mexican nationals to come into the United States and engage in farm labor, then return when their job is done?

Mr. LYLE. The Mexican Government has said it will not further negotiate with our country these several contracts.

Mr. WALTER. Mr. Speaker, will the gentleman yield?

Mr. LYLE. I yield to the gentleman from Pennsylvania.

Mr. WALTER. I would like to call the gentleman's attention to the fact that the agreement has been extended for a period of 60 days from February 11.

Mr. ELLSWORTH. Does that mean that at the end of the extension there must be additional legislation?

Mr. WALTER. No; there will have to be another agreement.

Mr. LYLE. The President and the Mexican Government have said they will not negotiate further unless we do pass legislation which meets their approval.

Mr. CELLER. That is correct. We are told that unless this bill passes, which would give Mexico the authority to protect Mexican nationals coming into the United States as migratory laborers, it will not extend the agreement beyond the period indicated by the gentleman from Pennsylvania.

Mr. LYLE. This bill does nothing to prevent illegal immigration from Mexico, it has nothing to do with that. It was simply a threat by our own Government and the Mexican Government that you either pass this legislation or you will get nothing. I do not like to legislate under those circumstances. I have no quarrel with the principles of this bill,